## Louis G. HEIER, Sr., Louis G. Heier, Jr., Andrew F. Hillery, Joseph M. Meraux and Frank H. Schnell.

No. 47163.

March 16, 1964.

In re: Roy J. H. Hodges applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 791.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

161 So.2d 282

## STATE of Louisiana

v.

## Dion Tyrone DIAMOND.

No. 47186.

March 17, 1964.

In re: Dion Tyrone Diamond applying for writs of habeas corpus, certiorari, mandamus and prohibition.

Writs refused. The application for habeas corpus under our original jurisdiction is denied since relator does not contend that he is being illegally confined. The application for other remedial writs is denied since we find no error of law in the ruling complained of or that the trial judge has abused his discretion.